## UNITED STATES BANKRUPTCY COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

MAR 05 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: | ) |
| Mario McCoy, | ) |
| **Debtor** | ) |
| | ) |
| Mario McCoy, | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF | ) |
| EDUCATION, | ) |
| **Defendant** | ) |

Chapter 7

**Bankruptcy Case:**

**Honorable:**

### Complaint to Determine Dischargeability of Student Loan

1. I, Mario McCoy, bring this action, pro se, for the discharge of my federal student loan debt under the "undue hardship" provision set out in 11 U.S.C. $523(a)(8)$.

2. I filed a Chapter 7 Bankruptcy. This Court thus has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding. I consent to the entry of final orders of judgment by the Bankruptcy Court in this matter.

3. This student loan, in its original amount of $669956, was incurred to pay tuition at university of wisconsin-milwaukee to obtain a degree in bachelor of business administration, *master of science of administrative leadership, and degree in doctorate of education*

4. My income is insufficient to meet my basic living expenses and pay back my student loan debt, as shown on Schedules I and J filed in this case.

5. **Future Inability to Repay Student Loans:**

   The court should presume that I will remain unable to repay my student loan debt in accordance with the presumption of hardship criteria outlined on page 9, section B of the "Departmental Guidance Regarding Student Loan Bankruptcy Litigation." This presumption is based on my experience of the hardships listed below.

I. I have a disability or chronic injury impacting my income potential (Student Loan Discharge Guidance IV.B.2)

   1. I was diagnosed as emotionally disturbed/mentally retarded in 1986. When I became an adult, I received treatment and was officially diagnosed with ADHD, severe anxiety and Autism. Along with having epilepsy has impacted my quality of life as my learning disability impacts my ability to walk, speak, comprehend, drive, internalize information as my memory is negatively impacted and maintain work.

II. I have been unemployed for at least five of the last ten years despite efforts to obtain employment (Student Loan Discharge Guidance IV.B.3)

   1. Efforts To Obtain Employment

     a. I re enrolled in school to obtain my doctorate of education from the University of Southern California. I applied to numerous sectors in education, marketing, work from home and business occupations. With lack of success, I started my own e-commerce business that has faltered severly since Covid-19 and left me unable to pay bills, along with my previously mentioned disability.

6. I have demonstrated good faith with regard to repayment of my student loan debt.

  II. I have been on a student loan repayment program.

  III. I have made good faith efforts to obtain and maintain employment in addition to maximizing income and minimizing expenses in order to pay as much as possible toward my student loan debt.

7. One of the unsecured debts I owe and listed in Schedule E/F is a student loan owing to Defendant, the Department of Education. With accumulated interest, Defendant claims that the amount that was owed on the student loan when this case was filed was $306526.

8. The Defendant, the Department of Education, is responsible for the overall operation of the guaranteed federal student loan program.

WHEREFORE, I, the Debtor, request that this Court enter an Order declaring my student loan debt to be dischargeable in this case.

Date: _03/06/2024_

Respectfully filed,

Mario McCoy

Pro Se Plaintiff

1699 Romano Park Lane Apt 328, Houston, TX 77090

mccoy.mario@gmail.com

Service List

United States Attorney's Office
Attn: Civil Division for U.S. Department of Education
1000 Louisiana
Ste. 2300
Houston, TX 77002

Attorney General of the United States
Department of Justice, Room B-103
950 Pennsylvania Ave NW
Washington DC 20530-0001

United States Department of Education
Attn: General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002