United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31017 |
| MARIO MCCOY, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| MARIO MCCOY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3035 |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

    The student loans Mario McCoy owes to the United States Department of Education are not dischargeable for the reasons stated on the record at the September 24, 2025 trial.

    This adversary case is closed.

Signed on September 24, 2025

_____
Christopher Lopez
United States Bankruptcy Judge